IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| STEPHEN WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:13-CV-373 |
| | § | |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, | § § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is the Parties' Agreed Stipulation of Dismissal with Prejudice. The Court, having considered the stipulation, finds that this case should be dismissed with prejudice. Accordingly, it is

ORDERED that this case is DISMISSED with prejudice with costs to be taxed to the party incurring same.

All relief not granted herein is denied.

**So ORDERED and SIGNED this 26th day of February, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE